UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.: _16 - 9034_

           : 

     V.            :      CRIMINAL ACTION

           : 

_Juan Castellano_     :      ORDER OF RELEASE

           : 

       The Court orders the defendant  is ordered released on a personal recognizance bond with the following bail conditions:

       ( ) Reporting, as directed, to U.S. Pretrial Services;

       ( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

       ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

       ( ) The defendant shall appear at all future court proceedings;

       ( ) Other: _____

_____      ___ _1/28/16_ _____

DEFENDANT                  DATE

       It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

___ _1/28/16_ _____

DATE